

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-24-00293-CV

———————————————

AUSTIN LENNON LUMPKIN, Appellant

V.

KANDISE NIKKOLE LUMPKIN, Appellee

On Appeal from the 235th District Court
Cooke County, Texas
Trial Court No. CV24-00191

Before Kerr, Birdwell, and Bassel, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered appellant's "Motion to Dismiss." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).


Per Curiam

Delivered:  April 24, 2025